### 8478. RUTH *v.* SAVANNAH ELECTRIC COMPANY.

LUKE, J. The evidence did not establish the case as laid by the plaintiff; it was therefore not error for the court to grant a nonsuit.

*Judgment affirmed. Wade, C. J., and George, J., concur.*

DECIDED JULY 26, 1917. REHEARING DENIED SEPTEMBER 13, 1917.

Action for damages; from city court of Savannah—Judge Davis Freeman. December 18, 1916.

*Oliver & Oliver*, for plaintiff.

*Osborne, Lawrence & Abrahams*, for defendant.